UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SORIN 3T HEATER–COOLER SYSTEM
PRODUCTS LIABILITY LITIGATION (NO. II)     MDL No. 2816

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –12)

On February 1, 2018, the Panel transferred 37 civil action(s) to the United States District Court for the Middle District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 289 F.Supp.3d 1335 (J.P.M.L. 2018). Since that time, 16 additional action(s) have been transferred to the Middle District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable John E Jones, III.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Pennsylvania and assigned to Judge Jones.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Middle District of Pennsylvania for the reasons stated in the order of February 1, 2018, and, with the consent of that court, assigned to the Honorable John E Jones, III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 22, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Certified from the record
Date _____
Peter J. Welsh, Acting Clerk
Per _____
Deputy Clerk

IN RE: SORIN 3T HEATER-COOLER SYSTEM
PRODUCTS LIABILITY LITIGATION (NO. II)                MDL No. 2816

### SCHEDULE CTO-12 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 8 | 18-00951 | Vivian Summerville et al v. LivaNova Deutschland, Gmbh et al |
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 18-00754 | Carol Bopp, et al vs Livanova Deutschland, GMBH, et al |
| COLORADO | | | |
| CO | 1 | 18-01306 | Ahl v. LivaNova Deutschland gmbH et al |